## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV3342     Assigned/Issued By:

Judge Name:     Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons     ☐ Alias Summons

☐ Third Party Summons     ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

_____

*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

☐ Other

☐ Writ _____     _____

*(Type of Writ)*     _____

*(Type of issuance)*

_____Original and _____ copies on _____ as to _____
(Date)

_____

_____